**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JAVON HARRIS,             )
                               )
            Petitioner,     )
                               )    Civil Action No. 05-133 Erie
      v.                )
                               )
PA BD OF PROBATION & PAROLE,  )
                               )
           Respondent.   )

## <u>MEMORANDUM ORDER</u>

This petition for writ of habeas corpus was received by the Clerk of Court on May 4, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 3], filed on July 13, 2005, recommended that the petition for writ of habeas corpus be dismissed for failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After <u>de</u> <u>novo</u> review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 9th day of August, 2005;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED for failure to prosecute.

The Report and Recommendation [Doc. No. 3] of Magistrate Judge Baxter, filed on July 13, 2005, is adopted as the opinion of the Court.

                        s/   Sean J. McLaughlin
                           United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge