## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAVON HARRIS | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-133 Erie |
| | ) | District Judge McLaughlin |
| PA. BD. OF PROBATION & PAROLE | ) | Magistrate Judge Baxter |
| Respondents. | ) | |

## O R D E R

AND NOW, this ___2nd___ day of June, 2005;

IT IS HEREBY ORDERED that Petitioner show cause before June 15, 2005 for his failure to abide by this Court's prior order. Failure to respond to this Order will result in the dismissal of this action for failure to prosecute.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


SUSAN PARADISE BAXTER
UNITED STATES MAGISTRATE JUDGE


cc:    all parties of record (lw)

AO 72
(Rev. 8/82)